Form ntcdsm1

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURTS
Eastern District of Michigan

Case No.: **14–47170–mbm**
Chapter: 7

In Re: (NAME OF DEBTOR(S))
   Crystal Marie Kirk
   aka Crystal M Kirk, aka Crystal M Owens
   5810 Belton Street
   Garden City, MI 48135

Social Security No.:
   xxx–xx–7698

Employer's Tax I.D. No.:

## NOTICE OF DISMISSAL

NOTICE IS HEREBY GIVEN that an **Order of the Court Granting Dismissal for Failure to Pay Filing Fees** was entered on **7/16/14**. Accordingly, the automatic stay is lifted in the above entitled case.

Dated: 7/16/14

                BY THE COURT

                Katherine B. Gullo , Clerk of Court
                UNITED STATES BANKRUPTCY COURT

In re:  Case No. 14-47170-mbm
Crystal Marie Kirk  Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0645-2  User: pohar  Page 1 of 2  Date Rcvd: Jul 16, 2014
    Form ID: ntcdsm  Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2014.
```
db           +Crystal Marie Kirk,    5810 Belton Street,    Garden City, MI 48135-2531
22831032     +21 st District Court,    6000 N Middlebelt Rd,    Garden City, MI 48135-2480
22831033     +22nd District Court,    27331 S River Park Dr,    Inkster, MI 48141-1810
22831034     +Ann Arbor Credit Bureau,    311 N Main,    Ann Arbor, MI 48104-1133
22831039     +Bristol West Insurance,    PO Box 371329,    Pittsburgh, PA 15250-7329
22831042     +Comeast Cable,    41112 Concept Drive,    Plymouth, MI 48170-4253
22831048     +Gonte, Henry DO,    30141 Cherry Hill,    Inkster, MI 48141-4019
22831049     +Goodman & Poeszat, PLLC,    20300 W 12 Mile Road, Ste 201,    Southfield, MI 48076-6409
22831052     +Lamont Hanley & Associates,    1138 Elm St,    Manchester, NH 03101-1531
22831054     +Leikin, Ingber & Winters, PC,    3000 Town Center, Ste 2390,    Southfield, MI 48075-1387
22831053     +Lincoln Financial Recovery Group,    20300 W 12 Mile Rd, Ste 201,    Southfield, MI 48076-6409
22831056     +Michigan Collection Lawyer,    PO Box 380765,    Clinton Township, MI 48038-0071
22831057     +Northland Group Inc,    PO Box 390846,    Minneapolis, MN 55439-0846
22831058     +Shermeta Adams &Von Allemon PC,    PO Box 5016,    Rochester Hills, MI 48308-5016
22831060     +Westland Car Care Towing,    6375 Hix Rd,    Westland, MI 48185-7675
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22831035     +EDI: ARROW.COM Jul 16 2014 22:28:00      Arrow Financial Services LLC,    5996 W Touhy Ave,
               Niles, IL 60714-4610
22831036     +EDI: ACCE.COM Jul 16 2014 22:28:00      Asset Acceptance LLC,    PO Box 2036,
               Warren, MI 48090-2036
22899531     +EDI: ATLASACQU.COM Jul 16 2014 22:28:00      Atlas Acquisitions LLC,    294 Union St.,
               Hackensack, NJ 07601-4303
22831037     +EDI: HFC.COM Jul 16 2014 22:28:00      Beneficial Michigan Inc,    1394 E Bristol Road,
               Burton, MI 48529-2212
22831038     +EDI: HFC.COM Jul 16 2014 22:28:00      BeneficiallHFC,    PO Box 9068,    Brandon, FL 33509-9068
22831040     +E-mail/Text: cms-bk@cms-collect.com Jul 16 2014 21:56:01      Capital Management Services, LP,
               698 1/2 South Ogden St,    Buffalo, NY 14206-2317
22831041     +EDI: CHASE.COM Jul 16 2014 22:28:00      Chase Card Services,    PO Box 15298,
               Wilmington, DE 19850-5298
22831043     +EDI: CMIGROUP.COM Jul 16 2014 22:28:00      Credit Management,    4200 International Parkway,
               Carrollton, TX 75007-1912
22831044     +EDI: CREDPROT.COM Jul 16 2014 22:28:00      Credit Protection Association,
               13355 Noel Rd, Ste 2100,    Dallas, TX 75240-6837
22831045     +EDI: DTEE.COM Jul 16 2014 22:28:00      DTE Energy,    1 Energy Plaza # WCB2106,
               Detroit, MI 48226-1221
22831046     +EDI: CHASE.COM Jul 16 2014 22:28:00      First USA Bank,    800 Brooksedge Blvd,
               Westerville, OH 43081-2822
22831047     +EDI: FORD.COM Jul 16 2014 22:28:00      Ford Motor Credit,    PO Box 542000,    Omaha, NE 68154-8000
22831051     +EDI: HFC.COM Jul 16 2014 22:28:00      HSBC Bank USA, N.A.,    PO Box 2013,
               Buffalo, NY 14240-2013
22831050     +EDI: HFC.COM Jul 16 2014 22:28:00      HSBC Card Services,    PO Box 60102,
               City of Industry, CA 91716-0102
22831061     +E-mail/Text: wow_bankruptcy@wideopenwest.com Jul 16 2014 21:57:24      WOW Internet & Cable,
               3675 Corporate Drive,    Columbus,OH 43231-4965
22831059     +E-mail/Text: dburris@weberolcese.com Jul 16 2014 21:56:40      Weber & Oclese PLC,
               3250 W Big Beaver Rd, Ste 124,    Troy, MI 48084-2902
                                                                                              TOTAL: 16
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22831055    ##+LVNV Funding,    PO Box 3038,    Evansville, IN 47730-3038
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2014                                                 Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2014 at the address(es) listed below:
        Mark H. Shapiro    shapiro@steinbergshapiro.com,
         harmon@steinbergshapiro.com;mhs@trustesolutions.com;MHS@trustesolutions.net;mi29@ecfcbis.com
                                                                                                                                                           TOTAL: 1